664 A.2d 1308

FIZZANO BROTHERS, INC., Appellant,

v.

COMMONWEALTH of Pennsylvania, Board of Finance and Revenue, Appellee.

Supreme Court of Pennsylvania.

June 20, 1995.

528

ORDER

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation.